JOHN J. BENNETT, JR., as Attorney-General of the State of New York, upon His Own Information and upon the Complaint of RANSOM PRATT of Corning, New York, Respondent, v. SAM ROBERTS, Individually and Doing Business under the Assumed Name and Style of FRIENDLY ADJUSTMENT SERVICE, Appellant.— Orders of June eighth and June tenth and order of June thirteenth so far as appealed from, affirmed, without costs of this appeal to either party. All concur. (The orders grant plaintiff's motion for substitution of Ransom Pratt as relator in the place of Corning Bar Association, deny defendant's motion to dismiss the complaint, and grant plaintiff's motion for an examination of witnesses before trial

and deny application to examine defendant and his records, in an injunction action to restrain defendant from the claimed practice of law without a license.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.